IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLINTON M. TURNER                                                                              PLAINTIFF

v.                                          Case No. 4:23-cv-4113

SHERIFF DANNY MARTIN;
STEVE OTWELL; and
KAREN GHORMLEY                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 8, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 32. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 23) be granted and Plaintiff's amended complaint dismissed without prejudice. Plaintiff has not filed objections to the Report and Recommendation. Therefore, upon review, the Court adopts the Report and Recommendation (ECF No. 32) *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 23) is **GRANTED**, and Plaintiff's amended complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge